Writ denied. We find no abuse of the discretion accorded by law to the trial judge.

247 So.2d 585

**BEYER AGENCY, INC.**

v.

**George L. DUXWORTH.**

**No. 51424.**

May 20, 1971.

In re: George L. Duxworth applying for writ of certiorari.

Application denied. On the facts found by the District Judge, the result is correct.